34 A.3d 778

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BLAINE F. SCOLES, DEFENDANT–MOVANT.

November 18, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.

34 A.3d 778

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
LARSON O'CONNOR AND COREY MOORE,
DEFENDANTS–RESPONDENTS.

December 8, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.